UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) Civil Action No. 07-936(EGS) | |
| v. ) | |
| ) | |
| UNITED STATES CAPITOL POLICE, ) | |
| ) | |
| Defendants. ) | |

### ORDER TO SHOW CAUSE

Under the Federal Rules of Civil Procedure, if service of the summons and complaint is not made upon the defendants within 120 days after the filing of the complaint, the Court, upon its own initiative, may dismiss the action without prejudice. *See* Fed. R. Civ. P. 4(m). Therefore, it is by the Court hereby

**ORDERED** that plaintiff shall show cause why this case should not be dismissed pursuant to Rule 4(m) by no later than **November 9, 2007.**

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**October 9, 2007**