UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANK ADAMS (Pro Se)**<br>5817 South Marwood Blvd.<br>Upper Marlboro, MD 20772<br><br>**Plaintiff,**<br>v.<br><br>**U.S. CAPITOL POLICE BOARD**<br>119 D Street, N.E.<br>Washington, DC 20510<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-0936 (EGS)<br>)  (ECF)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Andrea McBarnette, Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

/s/
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2007, I caused the foregoing Praecipe to be served on pro se plaintiff, Frank Adams, via U.S. Postage Service addressed as follows:

FRANK ADAMS
5817 South Marwood Blvd.
Upper Marlboro, MD 20772

                                          /s/
                                   ANDREA McBARNETTE
                                   Assistant United States Attorney
                                   555 4th Street, NW
                                   Washington, DC 20530
                                   (202) 514-7153