UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK ADAMS (Pro Se) <br><br> 5817 South Marwood Blvd. <br><br> Upper Marlboro, Md. 20772 <br><br> H- 301-599-6882, W- 202-369-9256 <br><br>     Plaintiff, <br><br>   vs. <br><br> THE UNITED STATES CAPITOL POLICE BOARD <br><br> 119 D. St. NE, Washington, DC 20510 <br><br>     Defendant | Case Number- 1:07-cv-936-EGS |

## Background

On October 9, 2007, this honorable Court ordered Plaintiff to "show cause" why this case should not be dismissed pursuant to Rule 4(m) by no later than November 9, 2007.

## Plaintiff's Response

This case should not be dismissed pursuant to Rule 4(m) because Plaintiff complied with Rule 4(m) by properly serving a summons and complaint on Defendant, the U.S. Attorney General and the U.S. Attorney for the District of

Columbia within 120 days of the filing of his Complaint. In compliance with Rule 4(i) and Rule 4(m) Plaintiff sent Defendant, the U.S. Capitol Police Board, the U.S. Attorney for the District of Columbia, and the U.S. Attorney General a copy of the summons and complaint by certified mail on September 14, 2007, within 120 days of May 21, 2007, the filing date of his complaint. Plaintiff's proof of service accompanies this filing (Exhibit A). Plaintiff acknowledges that proof of service should have been submitted sooner and offers his apologies to the Court.  Notwithstanding, Plaintiff feels that he has sufficiently "showed cause" why this case should not be dismissed pursuant to Rule 4(m).

Respectfully submitted,

*Frank Adams*
Frank Adams (Pro-Se)

Exhibit A





## Certificate of Service

(Case No. 1:07-cv-936-EGS)

I, Frank Adams, Plaintiff, certify that on September 14, 2007, I sent complaints and summons via the U.S. Mail to the Defendant, U.S. Capitol Police Board and to the U.S. Attorney General and the U.S. Attorney for the District of Columbia at the following addresses:

The U.S. Capitol Police Board,
119 D. St. N.E. Washington, D.C. 20510.

The U.S. Attorney General,
950 Pennsylvania Avenue, N.W. Washington, D.C. 20530.

U.S. Attorney for the District of Columbia,
501 Third St. N.W. Washington, D.C. 20001.

*Frank Adams*
Frank Adams (Pro-Se)
5817 South Marwood Blvd.
Upper Marlboro, Md. 20772
(301) 599-6882