UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0936 (EGS) |
| ) | |
| U.S. CAPITOL POLICE BOARD ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO EXTEND NUNC PRO TUNC

Defendant, the Capitol Police Board, by and through the undersigned counsel, respectfully moves this Court for a one business day enlargement of the time to file a response to the Complaint. Defendant's filing was due Friday, November 23, 2007. The undersigned when checking the date upon which the U.S. Attorney's Office was served - which dictates the response date - was incorrectly informed of the service date. Thus, the undersigned incorrectly believed the opposition was due today, November 26, 2007 and has only today realized the error. Due to this inadvertent error, the Defendant requests that the Court grant this request for a motion to extend the due date nunc pro tunc to November 26, 2007. The *pro se* Plaintiff has not consented to a one day enlargement.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that it be allowed to file its response to the Complaint, which consists of the Motion to Dismiss being filed simultaneously herewith, on November 26, 2007.

Dated: November 26, 2007          Respectfully submitted,


  /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


  /s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing Motion to Extend was served by first class mail, postage prepaid on November 26, 2007 upon *pro se* plaintiff at the following address:

Frank Adams (Pro Se)
5817 South Marwood Blvd.
Upper Marlboro, MD 20772
301-599-6882 (Home)
202-369-9256 (work)

_____
Andrea McBarnette
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 07-0936 (EGS) |
| | ) |
| U.S. CAPITOL POLICE BOARD | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

Upon consideration of Defendant's Motion to Extend, it is hereby ordered that the motion is granted. The Defendant's time to file a response to Plaintiff's Complaint is extended to and including November 26, 2007.

_____
United States District Court Judge