UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRANK ADAMS,                              )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )   Civil Action No. 07-0936 (EGS)
                                          )
U.S. CAPITOL POLICE BOARD,                )
                                          )
            Defendant.                    )
                                          )

NOTICE OF FILING EXHIBIT

On November 26, 2007, Defendant, the Capitol Police Board, filed a motion to dismiss.

Attached are the exhibits which support that dispositive motion.


Dated: November 27, 2007        Respectfully submitted,


                                /s/
                                ANDREA McBARNETTE, D.C. Bar # 483789
                                Assistant United States Attorney Center Building
                                555 Fourth Street, N.W.
                                Washington, D.C. 20530
                                (202) 514-7153



*advancing safety, health, and workplace rights in the legislative branch*

# Office of Compliance

Office of the Executive Director

January 25, 2007

Frederick Herrera, Esq.
U.S. Capitol Police
Office of the Employment Counsel
119 D Street, NE
Washington, DC 20510

RECEIVED 2007 FEB 13 A 10:31

### NOTICE OF INVOCATION OF MEDIATION
Re: Frank Adams, Employee
and
Office of the U.S. Capitol Police Board, Employing Office
Case No. 07-CP-17 (AG, CV, RP, FL)

Dear Mr. Herrera:

This is to notify you that the above identified individual requested mediation on January 23, 2007, pursuant to §2.04(b) of the Procedural Rules of the Office of Compliance. The Office has designated *Marvin Johnson* to mediate this matter, who will be in contact with you very shortly.

Frank Adams formally requested counseling on December 13, 2006, alleging that he was denied promotion and training and subject to a hostile work environment because of age, race and retaliation, and denied overtime pay, in violation of provision in sections 201, 203 and 207 of the Congressional Accountability Act.

*The mediation period, pursuant to §2.04(e) shall be 30 days beginning on the date the Office received the mediation request unless the Office extends the period upon the joint request of the parties. Absent submission of a formal settlement agreement to the Office, pursuant to §9.05(b), or a signed statement from the parties that they reached an informal settlement agreement, pursuant to §9.05(a) of the Procedural Rules, the Office will issue an end of Mediation Notice to the parties at the completion of the mediation period.*

At the close of the mediation period, the Office will provide participants' with a survey form. This survey is designed to provide the Office of Compliance with important feedback on participants' experience in the mediation program. Please complete and submit the survey to us at the completion of the final mediation session. A copy of the **Mediation Agreement**, and a statement on **Settlement Agreements** under the Congressional Accountability Act are enclosed for your convenience.

If you have any questions please contact this Office.

Sincerely,

Teresa M. James
Director of Dispute Resolution

Enclosures:   Mediation Agreement
              Notice of Settlement of a Case
cc:    Frank Adams (with enclosures)
       Marvin Johnson, Mediator

Room LA 200, Adams Building • 110 Second Street, SE • Washington, D.C. 20540-1999 • t/202.724.9225 • f/202.426.1

www.compliance.gov

EXHIBIT 1



# Office of Compliance

*advancing safety, health, and workplace rights in the legislative branch*

Office of the Executive Director

February 23, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Frank Adams
5817 South Marwood Boulevard
Upper Marlboro, MD 20772

**END OF MEDIATION NOTICE**
Re: Frank Adams, Employee
and
Office of the U.S. Capitol Police Board, Employing Office
Case No. 07-CP-17 (AG, CV, RP, FL)

Dear Mr. Adams:

This is to notify you that the mediation period has ended in the above matter without a resolution of your claims. The counseling period began on December 13, 2006 and ended on January 12, 2007. The mediation period began on January 23, 2007 and ended on February 22, 2007.

Your request for mediation was based upon your allegation(s) that the employing office violated sections 201, 203 and 207 of the Congressional Accountability Act ("CAA").

If you wish to proceed further with this matter, you must do so not later than 90 days, but no sooner than 30 days, after you receive this end of mediation notice. During that 60-day time frame you may either: (1) file a formal complaint with the Office of Compliance in accordance with section 405 of the (CAA); or (2) file a civil action, in accordance with section 408 of the CAA, in the United States District Court for the district which you are employed, or in the U.S. District Court for the District of Columbia. <u>You may assert only those claims that you made during counseling and mediation.</u>

If you choose to file a formal complaint with the Office of Compliance it must be legibly written or typed on the enclosed *Complaint* form. The complaint must be signed by you or your designated representative and contain the following information:

(a) the complainant's name, mailing address, and telephone number;

(b) the involved employing office's name, address, and telephone number;

(c) the name(s) and title(s) of the individual(s) involved in the conduct that you claim violated the CAA;

Room LA 200, Adams Building • 110 Second Street, SE • Washington, D.C. 20540-1999 • t/202.724.9250 • f/202.426.1913 • tdd/202.426.1912

www.compliance.gov



EXHIBIT 2

-2-

(d)  a description of the conduct that you challenge, including the date(s) and location(s) of the conduct;

(e)  a brief description of why you believe the challenged conduct violated the CAA and your identification of each applicable section of the Act (i.e., Sec. 201 (Employment discrimination), Sec. 202 (Family and Medical Leave), Sect. 203 (Fair Labor Standards), Sec. 204 (Employee Polygraph Protection), Sec. 205 (Worker Adjustment and Retraining), Sec. 206 (Employment and Reemployment of Veterans), and Sec. 207 (Intimidation or Reprisal).

(f)  a statement of the relief or remedy sought ;

(g)  the name, address, and telephone number of the representative, if any, who will act on your behalf.

If you choose to file a formal complaint with this Office, we will serve a copy of your complaint, and the Office's Procedural Rules, on the named employing office, or its designated representative. The Office's transmittal letter will notify the employing office that it must file an answer to the complaint with this Office within 15 days after service of the complaint. A copy of the service list containing the names and addresses of the parties and their designated representatives will also be forwarded to the employing office.

If you file a formal complaint with this Office, we will appoint an independent Hearing Officer to consider the complaint and render a decision. The Office of Compliance will issue a notice of hearing fixing the date, time and place of the hearing. Absent a postponement granted by this Office, or other dispositive action by the Hearing Officer, the hearing will commence no later than 60 days after the filing of the complaint.

If you choose to file a civil action in U.S. District Court, the Office will not process your case in court and it will be your responsibility to abide by all applicable Federal Rules and procedures applicable to civil actions.

We have enclosed the *Participant Survey Form*, an instrument designed to provide the Office of Compliance with important feedback on participants' experience in the mediation program. If you have not already done so, please complete the survey and return it to the Office by facsimile at (202) 426-1913 or mail it to the Office of Compliance, Adams Building, Room LA 200, 110 Second Street, S.E., Washington, D.C. 20540-1999.

If you have any questions or need any assistance, please contact this Office.

Sincerely,

Teresa M. James
Director of Dispute Resolution

Enclosures:  Facsimile Notice
Complaint Form
Participant Survey Form

cc:  Frederick Herrera, Esq. (with Participant Survey Form)
Marvin Johnson, Mediator