UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRANK ADAMS,                )
                            )
        Plaintiff,           )
                            )
    v.                       )     Civil Action No. 07-0936 (EGS)
                            )
U.S. CAPITOL POLICE BOARD   )
                            )
        Defendant,           )
_____)

## MOTION TO EXTEND NUNC PRO TUNC

Pursuant to Rule 6 (b) (1) of the Federal Rules of Civil Procedure, Plaintiff, Frank Adams, the Undersigned pro se litigant, respectfully moves this Court for an enlargement of thirty business days of time to file a response to Defendant's Motion to Dismiss filed on November 26, 2007. Plaintiff's response is believed to be due on December 19, 2007. This request is made in order to give Plaintiff sufficient opportunity to research case laws (some of which are cited in Defendant's motion) and to write an appropriate response. Plaintiff's research and subsequent response have been delayed thus far because of his full time employment and full time schedule of classes in a graduate program at a local University.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests that he be allowed to file his response to the Defendant's Motion to Dismiss by no later than January 30, 2008. The Defendant's attorney has not yet consented to this request.

Date: December 15, 2007                    Respectfully Submitted

                                           *Frank Adams* (signature)
                                           Frank Adams
                                           Pro Se

## Certificate of Service

**I herby Certify** that a copy of the foregoing Motion for an enlargement of time was served by first class mail, postage prepaid on December 15, 2007 upon, Ms. Andrea McBarnette, Assistant U.S. Attorney for the District of Columbia at the following address:

The U.S. Attorney for the District of Columbia
Attention: Ms. Andrea McBarnette, RM E4913
555 4th Street, S.W.
Washington DC, 20530

*Frank Adams*
Frank Adams
Pro Se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRANK ADAMS,                )
                            )
        Plaintiff,          )
                            )
    v.                      )   Civil Action No. 07-0936 (EGS)
                            )
U.S. CAPITOL POLICE BOARD,  )
                            )
        Defendant.          )
_____)

ORDER

UPON CONSIDERATION of Plaintiff's Motion for an enlargement of time to respond by no later than January 30, 2008, to Defendant's November 26, 2007 Motion to Dismiss, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

SO ORDERED, on this _____ day of _____, 2007.

_____
United States District Court Judge