## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRANK ADAMS,                    )<br>                                 )<br>Plaintiff,                      )<br>                                 )<br>v.                               )<br>                                 )<br>U.S. CAPITOL POLICE BOARD,      )<br>                                 )<br>Defendant.                       )<br>                                 ) | Civil Action No. 07-0936 (EGS) |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Brandon L. Lowy as counsel of record for Defendant Michael Chertoff and withdraw the appearance of Assistant United States Attorney Andrea McBarnette.

Dated: February 19, 2008                 Respectfully submitted,

                                         /s/
                                         Andrea McBarnette,
                                         Assistant United States Attorney
                                         Judiciary Center Building
                                         555 Fourth Street, N.W.
                                         Washington, D.C. 20530
                                         (202) 514-7513
                                         Andrea.McBarnette@usdoj.gov


                                         /s/
                                         Brandon L. Lowy,
                                         Special Assistant United States Attorney
                                         Judiciary Center Building
                                         555 Fourth Street, N.W.
                                         Washington, D.C. 20530
                                         (202) 307-0364
                                         Brandon.Lowy@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February, 2008, I caused the foregoing Notice of Appearance to be filed via the Court's Electronic Case Filing system, and served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

FRANK ADAMS
5817 South Marwood Boulevard
Upper Marlboro, MD 20772


                                            /s/   *Brandon L. Lowy*
                                            BRANDON L. LOWY