# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK ADAMS, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-0936 (EGS) |
| U.S. CAPITOL POLICE BOARD, ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

      The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Brandon L. Lowy as counsel of record for Defendant U.S. Capitol Police Board and withdraw the appearance of Assistant United States Attorney Andrea McBarnette.

Dated: February 19, 2008          Respectfully submitted,

                                  /s/
                            Andrea McBarnette,
                            Assistant United States Attorney
                            Judiciary Center Building
                            555 Fourth Street, N.W.
                            Washington, D.C. 20530
                            (202) 514-7513
                            Andrea.McBarnette@usdoj.gov

                                  /s/
                            Brandon L. Lowy,
                            Special Assistant United States Attorney
                            Judiciary Center Building
                            555 Fourth Street, N.W.
                            Washington, D.C. 20530
                            (202) 307-0364
                            Brandon.Lowy@usdoj.gov

                            Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February, 2008, I caused the foregoing Notice of Substitution of Counsel to be filed via the Court's Electronic Case Filing system, and served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

FRANK ADAMS
5817 South Marwood Boulevard
Upper Marlboro, MD 20772


                   /s/    *Brandon L. Lowy*
                  BRANDON L. LOWY