UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FRANK ADAMS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-0936 (EGS) |
| U.S. CAPITOL POLICE BOARD, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO
FILE A REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant U.S. Capitol Police Board respectfully moves this Court to enlarge the time from February 19, 2008, to March 7, 2008, for Defendant to file a reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. As a courtesy with regard to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel attempted to contact Plaintiff pro se via telephone to confer with him on the extension motion, but was unable to reach him before the filing of this motion.

There is good cause for the Court to grant this Motion. The undersigned counsel is new to the Civil Division and has been recently assigned the above-captioned matter from AUSA Andrea McBarnette, who has left the Civil Division. The undersigned counsel needs an additional seventeen days to file an appropriate reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. The extension is needed because the undersigned counsel must be out of the office during the week of February 25, 2008, and so that the undersigned counsel can have an opportunity to learn the background of the case and become familiar with the underlying legal

issues. Furthermore, an extension is needed for the undersigned counsel to prepare a response for client and supervisory review prior to filing it with the Court.

Additionally, the understanding of undersigned counsel is that Plaintiff is one of multiple plaintiffs who have been directed by the Court to consolidate their claims against Defendant U.S. Capitol Police Board and submit an amended complaint by February 22, 2008. It is unclear to Defendant whether the arguments raised in Plaintiff's Complaint and Opposition to Defendant's Motion to Dismiss are going to be addressed in this amended complaint, creating the need for Defendant U.S. Capitol Police Board to address these issues again under a different caption.

For these reasons, the Court should extend the deadline until March 7, 2008, for Defendant to file a reply to Plaintiff's Opposition to Defendant's Motion to Dismiss.

Dated: February 19, 2008     Respectfully Submitted,

    /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


    /s/    Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   Brandon L. Lowy
BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0364


Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK ADAMS, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-0936 (EGS) |
| U.S. CAPITOL POLICE BOARD, ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, March 7, 2008, to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss.

SO ORDERED.

_____
U.S. District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February, 2008, I caused the foregoing Motion for Extension of Time and proposed Order to be filed via the Court's Electronic Case Filing system, and served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

FRANK ADAMS
5817 South Marwood Boulevard
Upper Marlboro, MD 20772


   /s/   *Brandon L. Lowy*
BRANDON L. LOWY