UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FRANK ADAMS, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 07-0936 (EGS) |
| UNITED STATES CAPITOL POLICE, | ) | |
| Defendant | ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Harry B. Roback, Assistant United States Attorney, as counsel of record for the defendant in this action.

Respectfully submitted,

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February 2008, I caused the foregoing Substitution of Counsel to be served on pro se plaintiff by U.S. Postage, addressed as follows:

**FRANK ADAMS**

5817 South Marwood Boulevard
Upper Marlboro, MD 20772

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)

Assistant U.S. Attorney

Civil Division

501 Third Street, N.W.

Washington, D.C.  20530

(202) 616-5309