**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
FRANK ADAMS,                 )
                             )
        Plaintiff,           )
                             )
v.                           )     Civil Case No. 07-936 (EGS)
                             )
UNITED STATES CAPITOL POLICE )
BOARD,                       )
                             )
                             )
        Defendant.           )
_____ )
```

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion issued on July 15, 2008, it is hereby

**ORDERED** that defendant's motion to dismiss the complaint (docket entry no. [6]) is **GRANTED,** subject to a motion for reconsideration for good cause shown; and it is

**FURTHER ORDERED** that plaintiff Adams's claims against defendant United States Capitol Police Board are **DISMISSED.**

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            July 15, 2008**